No. 483, Misc.  ROSS *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  Application for stay of execution also denied.  MR. JUSTICE DOUGLAS is

of the opinion certiorari should be granted. *Thomas H. Dent* for petitioner. *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.